MERRITT E. SAWYER, Appellant, *v.* THOMAS J. WAYNE, Respondent.

(Argued June 6, 1890; decided October 7, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made February 15, 1887, which affirmed a judgment in favor of defendant, entered upon a decision of the court on trial at Special Term.

*Merritt E. Sawyer*, appellant in person.

*John Fleming* for respondent.

Agree to affirm; no opinion.

All concur.

Judgment affirmed. _____